EMILE J. KARAM, *IND., ETC., ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. RALLO'S BAR, INC., t/a *ETC.*, DEFENDANT-
PETITIONER.

See same case below: 102 *N. J. Super.* 291.

*Mr. Martin Gelber* for the petitioner.

*Mr. William J. Gearty* and *Mr. Harry P. Durkin* for the
respondents.

November 18, 1968. Denied.

NORMAN TAYLOR, PLAINTIFF-RESPONDENT, v. VIBRA
SCREW FEEDERS, INC., DEFENDANT-PETITIONER.

*Messrs. Meth & Wood* for the petitioner.

*Messrs. Keer, Booth, Buermann & Bate* and *Mr. George R.
Harris* for the respondent.

November 18, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GEORGE HAGEAL AND PAUL MARGIOTTA, DEFEND-
ANTS-PETITIONERS.

*Mr. Saul C. Schutzman* and *Mr. Peter S. Valentine* for
the petitioners.

*Mr. Michael R. Imbriani* and *Mr. Robert N. Golden* for
the respondent.

November 18, 1968. Denied.